# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00293-CV

**Susan Combs, Comptroller of Public Accounts of the State of Texas; and Greg Abbott, Attorney General for the State of Texas, Appellants**

**v.**

**EVO Incorporated, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT NO. D-1-GN-12-002969, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed a motion to dismiss their appeal. Appellants certify that they have conferred with appellee EVO, Incorporated and that it does not oppose this motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed on Appellants' Motion

Filed: May 28, 2014